# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY ADAM SHADE,** | : | CIVIL NO. 1:18-CV-1429 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **STANLEY STANISH,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of February, 2020, upon consideration of the motion (Doc. 44) to dismiss filed by the medical defendants, and the motion (Doc. 52) to dismiss or, in the alternative, for summary judgment filed by the corrections defendants, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The medical defendants' motion (Doc. 44) to dismiss is GRANTED.

2. The corrections defendants' motion (Doc. 52) to dismiss is GRANTED.

3. The complaint and supplement (Docs. 1, 6) are DISMISSED.

4. Plaintiff is granted twenty (20) days from the date of this order to file a proposed amended complaint to cure the deficiencies with respect to the Eighth Amendment claim, First Amendment claim, and <u>Monell</u> claim. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

/s/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
